**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DAVID HARRISON and
HARRISON YACHT SALES, INC.,**

    **Plaintiffs,**

**v.**                                              **Case No.  8:04-cv-2262-T-30TGW**

**MARLOW MARINE SALES, INC.,
DAVID E. MARLOW and COMPOSITE
STRUCTURES, INC.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants/Counter-Plaintiffs' Dispositive Motion for Partial Summary Judgment (Dkt. # 39), the Memorandum of Law in Support of Defendants/Counter-Plaintiffs' Dispositive Motion for Summary Judgment (Dkt. # 40), and Plaintiffs Response and Memorandum of Law in Opposition to Defendants' Motion for Partial Summary Judgment (Dkt. # 56).  The Court, having considered the motion and memoranda, and being otherwise fully advised, finds that the motion should be denied. The Court finds that the resolution of Defendants' claims that David Harrison lacks standing and that  David E. Marlow is not a proper defendant will depend on the evidence presented at trial.

Defendants also argue that Harrison Yacht does not qualify for protection under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") because it was not a

"consumer" as defined by the act. Defendants argue that because Harrison Yacht placed the deposit for the purchase of the boat in the context of becoming a dealer, Harrison Yacht's position was analogous to that of a "provider" of services. Defendants argue that Harrison Yacht was, in essence, providing a service to Defendants by securing customers to purchase boats and that it was not a consumer. The Court finds that the issue of whether Harrison Yacht is entitled to protection under FDUTPA will depend on the evidence developed at trial.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants/Counter-Plaintiffs' Dispositive Motion for Partial Summary Judgment (Dkt. # 39) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on January 6, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2262.msj.wpd