**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DAVID HARRISON and
HARRISON YACHT SALES, INC.,**

    **Plaintiffs,**

v.                                                     **Case No.  8:04-cv-2262-T-30TGW**

**MARLOW MARINE SALES, INC.,
DAVID E. MARLOW and COMPOSITE
STRUCTURES, INC.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion to Strike (Dkt. #63), Plaintiffs' Response to Defendants' Motion to Strike (Dkt. #73), Plaintiffs' Motion to Strike Late Discovery/Motion in Limine/Motion to Extend Discovery Deadline (Dkt. #66-1), Defendants' Response and Opposition to Plaintiffs' Motion to Strike Late Discovery/Motion in Limine/Motion to Extend Discovery Deadline (Dkt. #75), Plaintiffs' Motion in Limine to Exclude Evidence on Count I for Breach of Contract of Counterclaim (Dkt. #68) and Defendants' Response and Opposition to Plaintiffs' Motion in Limine to Exclude Evidence on Count I for Breach of Contract of Counterclaim (Dkt. #77).  The Court having considered the motions, responses and memorandums of law filed by the parties, and being otherwise advised of the premises, finds that:

Defendants' Motion to Strike (Dkt. #63) portions of David Harrison's Affidavit in Opposition of Defendants' Motion for Partial Summary Judgment should be denied as moot. Defendants' Motion to Strike was filed after the entry of this Court's Order denying Defendants' Motion for Partial Summary Judgment.

Plaintiffs' Motion to Strike Late Discovery/Motion in Limine/Motion to Extend Discovery Deadline (Dkt. #66-1) should be granted in part and denied in part. Plaintiffs' request to extend the discovery deadline is granted. Plaintiffs' request to strike and/or exclude Defendants' Exhibits #45 though 50 is denied.

Plaintiffs' Motion in Limine to Exclude Evidence of Count I for Breach of Contract of Defendants' Counterclaim (Dkt. #68) should be denied. The Statute of Frauds is an affirmative defense and is not properly brought in the form of a motion in limine. Furthermore, the delivery and acceptance of a deposit removes a contract for sale of a boat out of the Statute of Frauds. See Bertram Yacht Sales, Inc. v. West, 209 So. 2d 677 (Fla. 3d DCA 1968).

It is therefore **ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Strike (Dkt. #63) is DENIED.

2. Plaintiffs' Motion to Strike Late Discovery/Motion in Limine/Motion to Extend Discovery Deadline (Dkt. #66-1) is GRANTED IN PART AND DENIED IN PART. Plaintiffs shall have twenty (20) days from the date of this Order in which to conduct discovery regarding Defendants' Exhibits #45 through 50 listed in the Joint Pretrial Statement.

      3.      Plaintiffs' Motion in Limine to Exclude Evidence of Count I for Breach of Contract of Defendants' Counterclaim (Dkt. #68) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-2262.order denying mt strike, etc.frm