**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVID HARRISON and**
**HARRISON YACHT SALES, INC.,**

    Plaintiffs,

v.     Case No. 8:04-cv-2262-T-30TGW

**MARLOW MARINE SALES, INC.,**
**DAVID E. MARLOW and COMPOSITE**
**STRUCTURES, INC.,**

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiffs' Motion in Limine, and/or in the Alternative, Motion to Strike Defendants' Claim for Damages (Dkt. #67), and the Response (Dkt. #76) filed thereto. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion in Limine, and/or in the Alternative, Motion to Strike Defendants' Claim for Damages (Dkt. #67) is GRANTED.

2. Evidence proffered by the Defendants supporting damages above the amount of the deposit shall be excluded. Damages sought by Composite Structures, Inc. in Count I of its Counterclaim shall be limited to the amount of the deposit.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record