UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID HARRISON and
HARRISON YACHT SALES, INC.,**

     Plaintiffs,

v.                                       Case No.  8:04-cv-2262-T-30TGW

**MARLOW MARINE SALES, INC.,
DAVID E. MARLOW and COMPOSITE
STRUCTURES, INC.,**

     Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised via counsel that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on May 19, 2006.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cv-2262.dismissal.wpd